UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GROSSBERG FIDUCIARIES LIMITED,                                          :   19-cv-9952(KPF)
                                                                        :
                              Plaintiff,                                :
                                                                        :
           - against -                                                  :   **NOTICE OF MOTION**
                                                                        :
ZALMAN SILBER, GALACTIC LITIGATION                                      :
PARTNERS LLC and PAR MANAGERS LLC,                                      :
                                                                        :
                              Defendants.                               :
------------------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that upon the annexed affidavit of Fredrick Schulman, sworn to on December 6, 2019, the Memorandum of Law in support hereof, and all of the pleadings filed in this case, the defendants, Zalman Silber, Galactic Litigation Partners LLC and PAR Managers LLC, by their undersigned attorney, hereby move the Court for an order dismissing this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the doctrine of *forum non conveniens*.

     Pursuant to Local Civil Rule 6.1, opposing affidavits and memoranda of law shall be served within fourteen (14) days of service of this motion.

Dated: December 6, 2019

                                                Law Office of Sheldon H. Gopstein, Esq.

                                                By: *s/ Sheldon H. Gopstein*
                                                       Sheldon H. Gopstein

                                                275 Madison Avenue, 14th Floor
                                                New York, NY 10016
                                                Tel. (212) 363-2400
                                                sg@gopsteinlaw.com

                                                Attorney for Defendants,
                                                Zalman Silber, Galactic Litigation Partners
                                                LLC and PAR Managers LLC