UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROSSBERG FIDUCIARIES LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> ZALMAN SILBER, GALACTIC LITIGATION PARTNERS LLC, PAR MANAGERS LLC, <br><br> Defendants. | 19 Civ. 9952 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

      The Court held a conference in this case on December 17, 2019. At such conference the Court set the following briefing schedule for the parties' respective motions: Plaintiff's opposition to Defendants' motion to dismiss (Dkt. #26, 27), shall be filed on or before **December 30, 2019**. Defendants' reply in support of its motion to dismiss shall be due on or before **January 13, 2020**. Plaintiff's motion for summary judgment shall be filed on **January 13, 2020**. Defendants' opposition thereto shall be filed on or before **February 14, 2020**. Plaintiff's reply in support of its summary judgment motion shall be due on **February 28, 2020**. The initial pretrial conference previously scheduled for February 21, 2020 (Dkt. #20), is hereby ADJOURNED *sine die.*

      SO ORDERED.

Dated:   December 17, 2019
             New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge